8462-01-29 58-MES
ADR ECF

JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jackson Family Wines, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dickenson, Peatman & Fogarty
809 Coombs Street
Napa, CA 94559    707-252-7122

### DEFENDANTS
Fine Estates From Spain, Inc.

County of Residence of First Listed Defendant    Norfolk County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)*    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 340 Marine | | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Med. Malpractice | Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | Alien Detainee | | |
| | ☐ 448 Education | ☐ 560 Civil Detainee - Conditions of Confinement | (Prisoner Petition) | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §2201; 15 U.S.C. §1125
Brief description of cause:
Seeking declaratory relief under the Declaratory Judgment Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $**    CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*    ☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE    ☐ EUREKA

DATE April 19, 2012    SIGNATURE OF ATTORNEY OF RECORD

E filing

J. SCOTT GERIEN, State Bar No. 184728
ALESON R. CLARKE, State Bar No. 261643
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
JACKSON FAMILY WINES, INC.

FILED

APR 1 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADR

Jackson Family Wines, Inc.,

Plaintiff,

vs.

Fine Estates From Spain, Inc.,

Defendant.

CASE NO. **C12-01958**

**COMPLAINT FOR DECLARATORY
RELIEF**

Plaintiff, Jackson Family Wines, Inc. ("Plaintiff"), for its complaint against Defendant,
Fine Estates From Spain, Inc. ("Defendant"), alleges as follows:

## NATURE OF ACTION

1. This is an action for declaratory relief under the Declaratory Judgment Act seeking a
declaration of the Court that Plaintiff has not infringed and/or violated any rights of
Defendant under the Lanham Act by virtue of Plaintiff's use of the trademark
KENDALL-JACKSON AVANT on wine.

## THE PARTIES

2. Plaintiff Jackson Family Wines, Inc. is a Delaware corporation with its principal place
of business located within this judicial district at 421 Aviation Boulevard, Santa Rosa,
California 95403.

COMPLAINT                                    1

3. Upon information and belief, Defendant Fine Estates From Spain, Inc. is a Massachusetts corporation with its principal place of business located at 745 High Street, Dedham, Massachusetts 02026.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over Plaintiff's claim under and pursuant to 28 U.S.C. §2201, as the Defendant's coercive action as set forth in greater detail below necessarily presents a federal question under the federal Lanham Act, 15 U.S.C. §§ 1114, 1125.

5. Upon information and belief, Defendant, either directly or through its agents, transacted business in the State of California and within this judicial district, as more specifically set forth below, and expected or should reasonably have expected its acts to have consequence in the State of California and within this judicial district.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391(b), as Defendant is doing business in this judicial district and therefore may be found in this district, and/or as a substantial part of the events giving rise to the claims alleged herein occurred in this judicial district, and/or the asserted infringement occurred in this judicial district.

## ALLEGATIONS COMMON TO ALL CLAIMS

7. Plaintiff is a family-owned and family-operated California wine producer that produces and sells a California Chardonnay white wine under the trademark KENDALL-JACKSON AVANT.

8. On September 15, 2010, Plaintiff received a Certificate of Label Approval from the U.S. Treasury Department's Alcohol and Tobacco Tax and Trade Bureau approving Plaintiff's label for its KENDALL-JACKSON AVANT wine. Plaintiff subsequently began sales of its KENDALL-JACKSON AVANT wine as early as October 8, 2010. Following is an image of the KENDALL-JACKSON AVANT wine label:

DICKENSON PEATMAN & FOGARTY





CHARDONNAY

CALIFORNIA
2009

KENDALL-JACKSON ESTATE GROWN, PRODUCED AND BOTTLED BY KENDALL-JACKSON WINE ESTATES

9. Plaintiff filed U.S. Trademark Application Serial No. 85/425,094, for KENDALL-JACKSON AVANT for wines on September 16, 2011, based on use of the mark in U.S. commerce since October 8, 2010.

10. Defendant is the owner of U.S. Trademark Registration No. 3,917,662, filed on May 21, 2009, for AVANTE for wine. Defendant's application to register the AVANTE mark was based on intended use, with the first use alleged to have occurred on July 26, 2010. Defendant's registration for AVANTE issued on February 8, 2011.

11. Plaintiff's KENDALL-JACKSON AVANT trademark was examined by the U.S. Patent and Trademark Office which concluded there was no likelihood that the KENDALL-JACKSON AVANT mark would be confused with any trademarks that were the subject of previously-filed trademark applications or registrations, including Defendant's AVANTE mark, and the Trademark Office therefore published Plaintiff's application for opposition on February 7, 2012.

12. Furthermore, upon information and belief, on November 21, 2011, Defendant also filed a Letter of Protest with the Trademark Office objecting to the registration of Plaintiff's

COMPLAINT                                                3

1    KENDALL-JACKSON  AVANT  trademark  based  on  Defendant's  AVANTE

2    trademark.  On January 3, 2012, the Examining Attorney reviewed the evidence

3    presented in Defendant's Letter of Protest as evidenced by a Notation to the File for

4    Plaintiff's  KENDALL-JACKSON  AVANT  trademark  application.  Despite

5    Defendant's  efforts  to  show  the  Trademark  Office  that  its  AVANTE  mark  is

6    confusingly similar to Plaintiff's KENDALL-JACKSON AVANT trademark, the

7    Trademark Office disagreed and concluded there was no likelihood of confusion

8    between the parties' marks, as evidenced by the approval on January 4, 2012, of

9    Plaintiff's KENDALL-JACKSON AVANT trademark application for publication on

10    February 7, 2012.

11    13. On March 23, 2012, Defendant filed a Notice of Opposition before the U.S. Patent and

12    Trademark Office Trademark Trial and Appeal Board opposing Plaintiff's KENDALL-

13    JACKSON AVANT trademark application.  In its Notice of Opposition, Defendant

14    alleged that it owns U.S. Trademark Registration No. 3,917,662 for AVANTE and that

15    it used the mark in the United States on wine prior to Plaintiff's filing of its trademark

16    application or use of its KENDALL-JACKSON AVANT mark.  Defendant further

17    alleges that the parties' marks are confusingly similar.  A copy of the Notice of

18    Opposition filed by Defendant on March 23, 2012, is attached hereto as Exhibit A.

19    14. Defendant specifically alleges in its Notice of Opposition that Plaintiff's KENDALL-

20    JACKSON AVANT mark "is substantially and confusingly similar to [Defendant's]

21    registered AVANTE mark" and that Plaintiff's KENDALL-JACKSON AVANT mark

22    "so closely resembles [Defendant's] AVANTE mark as to be likely to cause confusion,

23    mistake, or deception of the relevant trade and public, all to [Defendant's] damage" and

24    that consumers "are likely to believe that [Plaintiff's] goods offered under the mark

25    KENDALL-JACKSON  AVANT  emanate  from,  or  are  licensed  or  approved  by,

26    [Defendant]" and that Defendant "will be damaged by registration of [Plaintiff's]

27    mark."

28

DICKENSON  PEATMAN & FOGARTY

15. Upon information and belief, Defendant's wine under the AVANTE mark is a red wine from Spain made from the Mencia grape variety. Defendant's most current label for its AVANTE wine as reflected in the most recent Certificate of Label Approval issued for the brand appears as follows:



16. Upon information and belief, Defendant's wine labeled with the AVANTE mark is offered for sale and available for purchase in this judicial district.

17. On April 6, 2012, counsel for Defendant sent a letter to Plaintiff objecting to Plaintiff's use of the KENDALL-JACKSON AVANT mark on wine. In the letter, Defendant alleges that the parties' trademarks "are confusingly similar" and demands that Plaintiff never use any mark encompassing the term "AVANT" and that Plaintiff provide an accounting for its sales of the KENDALL-JACKSON AVANT wine. A copy of the letter dated April 6, 2012, from Defendant's counsel to Plaintiff is attached hereto as Exhibit B.

18. Plaintiff has expended a significant amount of time and money in developing its KENDALL-JACKSON AVANT brand and trademark. Plaintiff's brand has already developed extensive momentum since the KENDALL-JACKSON AVANT trademark

was first adopted and, since October of 2010, Plaintiff has sold over 2,144,280 bottles of the KENDALL-JACKSON AVANT wine throughout the United States, including over 404,868 bottles in California alone. Plaintiff has also conducted extensive national and regional advertising and promotion for the KENDALL-JACKSON AVANT brand since its launch. The KENDALL-JACKSON AVANT wine has also received significant third party acclaim, winning awards and garnering accolades in major wine publications. *Wine Enthusiast* awarded a score of 90 points to each of the 2009 and 2010 vintages of the KENDALL-JACKSON AVANT wine and named the 2009 KENDALL-JACKSON AVANT wine one of the "Top 100 Best Buys of 2011."

19. Defendant's claims of likely consumer confusion between the parties' marks have created a reasonable apprehension of liability for Plaintiff and uncertainty for Plaintiff in continuing to invest in its mark and develop its brand.

20. Defendant alleges that its "AVANTE branded wine has been a marketplace success" and that Defendant has used the AVANTE brand on wine in U.S. commerce since at least July 26, 2010. Despite this, Plaintiff is not aware of any instances of actual confusion in the marketplace between Plaintiff's mark and Defendant's mark in the 1-1/2 years since Plaintiff began use of the KENDALL-JACKSON AVANT mark on wine.

21. The parties' respective marks are different in sight, sound and meaning. Plaintiff's KENDALL-JACKSON AVANT mark features Plaintiff's famous KENDALL-JACKSON house mark which distinguishes it from Defendant's AVANTE mark. Furthermore, the terms AVANT and AVANTE are in different languages and have different meanings, with "avant" being the French word for "before" and "avante" being the Spanish word for "ahead."

22. The manner in which the parties' respective marks appear to consumers in the marketplace are quite distinct. Plaintiff's KENDALL-JACKSON AVANT mark appears on a yellow bottle with a silver capsule and a cream and silver colored label

featuring the famous KENDALL-JACKSON house mark and multicolored grape leaf design with the word AVANT appearing in a dark gray, distinctive, stylized font and the tagline "FRESH • CRISP • CLEAN" appearing in close association therewith, below which appears the Chardonnay varietal designation, the California appellation, the wine vintage and the information that the wine is "100% Jackson Estates Grown" and "Hand Selected From Our Vineyard Estates." In sharp contrast, Defendant's AVANTE mark appears on a burgundy colored bottle with a charcoal grey and gold metallic colored capsule and charcoal gray label with a gold metallic border prominently featuring the abstract silhouette profile of four horses' heads in metallic gold, above which appears the mark AVANTE in metallic gold Times New Roman font, and beneath which appears the equally prominent term "MENCIA" (an obscure Spanish grape varietal unknown to most American consumers) in metallic gold Times New Roman font, along with the wine vintage. Immediately below are images of the parties' respective packaging featuring the respective marks at issue.



23. The wines on which the parties' respective marks appear are quite distinct. Plaintiff's KENDALL-JACKSON AVANT mark is used on white wine made from the Chardonnay grape varietal sourced from the Jackson Family estates located in the California appellation. Upon information and belief, Defendant's AVANTE mark is used exclusively on red wine made from the obscure Spanish Mencia grape varietal sourced from the Castilla y León appellation of Spain.

24. Plaintiff's KENDALL-JACKSON AVANT mark and Defendant's AVANTE mark are not confusingly similar based on the likelihood of confusion factors considered in determining trademark infringement.

## CLAIM UNDER DECLARATORY JUDGMENT ACT

25. An actual controversy has arisen and now exists between the parties relating to Plaintiff's ability to continue use of its KENDALL-JACKSON AVANT trademark without incurring liability to Defendant for infringement of its AVANTE trademark for which Plaintiff desires a declaration of rights.

26. A declaratory judgment is necessary in that Plaintiff contends and Defendant denies that consumers are not likely to be confused between Plaintiff's use of its KENDALL-JACKSON AVANT mark on wine and Defendant's use of its AVANTE mark on wine.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for a declaratory judgment against Defendant as follows:

1. That the Court declare that there is no infringement of Defendant's AVANTE mark by Plaintiff's use of its KENDALL-JACKSON AVANT mark or likelihood of consumer confusion between the parties' respective marks.

2. That the Court direct the Commissioner of Trademarks to deny Defendant's Opposition No. 91204431 based on the absence of any likelihood of confusion between the parties' marks and to register Plaintiff's KENDALL-JACKSON AVANT mark as set forth in Application Serial No. 85/425,094.

3. That Plaintiff be awarded its costs, expenses and attorneys' fees incurred herein; and

DICKENSON PEATMAN & FOGARTY

1    4.    For such other and further relief that the Court deems just and proper.

2

3    Dated:    4/19/12

4                                        Respectfully submitted,

5                                        DICKENSON, PEATMAN & FOGARTY

6
                                         By
7                                            J. Scott Gerien
                                             Aleson R. Clarke
8
                                             809 Coombs Street
9                                            Napa, California 94559
                                             Telephone: 707-252-7122
10                                           Facsimile: 707-255-6876

11                                       Attorneys for Plaintiff,
                                             JACKSON FAMILY WINES, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                      9

# Exhibit A

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

ESTTA Tracking number: **ESTTA463520**

Filing date: **03/23/2012**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| | |
|---|---|
| Name | Fine Estates From Spain, Inc. |
| Granted to Date of previous extension | 06/06/2012 |
| Address | 745 High Street Dedham, MA 02026 UNITED STATES |

| | |
|---|---|
| Attorney information | Aaron Y. Silverstein Saunders & Silverstein LLP 14 Cedar Street, Suite 224 Amesbury, MA 01913 UNITED STATES trademarks@massiplaw.com,asilverstein@massiplaw.com Phone:+1 978-463-9100 |

## Applicant Information

| Application No | 85425094 | Publication date | 02/07/2012 |
|---|---|---|---|
| Opposition Filing Date | 03/23/2012 | Opposition Period Ends | 06/06/2012 |
| Applicant | Jackson Family Wines, Inc. Legal Department 421 Aviation Blvd Santa Rosa, CA 95403 UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 033. First Use: 2010/10/08 First Use In Commerce: 2010/10/08
All goods and services in the class are opposed, namely: Wines

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|

## Mark Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 3917662 | Application Date | 05/21/2009 |
|---|---|---|---|
| Registration Date | 02/08/2011 | Foreign Priority Date | NONE |
| Word Mark | AVANTE | | |

| Design Mark | |
|---|---|
| | AVANTE |
| Description of Mark | NONE |
| Goods/Services | Class 033. First use: First Use: 2010/07/26 First Use In Commerce: 2010/07/26<br>WINE |

| Attachments | 77742224#TMSN.jpeg ( 1 page )( bytes )<br>20120323160109 kendall-jackson avant nop final.pdf ( 4 pages )(358129 bytes )<br>ex a final.pdf ( 7 pages )(320665 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /asilverstein/ |
|---|---|
| Name | Aaron Y. Silverstein |
| Date | 03/23/2012 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

FINE ESTATES FROM SPAIN, INC.,

         Opposer,

v.

JACKSON FAMILY WINES, INC.,

         Applicant.

Opposition No.

Application Serial No. 85425094

## NOTICE OF OPPOSITION

Fine Estates From Spain, Inc. ("Opposer"), a Massachusetts corporation with a principal place of business at 745 High Street, Dedham, MA 02026, believes that it will be damaged by the registration of the mark KENDALL-JACKSON AVANT, which is the subject of Application Serial No. 85425094 (the "Application"), filed by Jackson Family Wines, Inc. ("Applicant").

The grounds for the opposition are as follows:

1.     On September 16, 2011, Applicant filed the subject application to register the mark KENDALL-JACKSON AVANT for:

Class 33:     Wines

Applicant has based its application on actual use and claims a date of first use of October 8, 2010.

2.     Long prior to the filing date of Applicant's subject application, and the Applicant's alleged date of first use, Opposer adopted the mark AVANTE, and Opposer has since used such mark in interstate commerce continuously and extensively in connection with goods identical to those identified in the Application. Through extensive

1

advertising, promotion, and use of its AVANTE mark, Opposer has built a strong reputation for high quality goods offered thereunder. Opposer's AVANTE mark has, long prior to Applicant's filing date, and alleged date of first use, come to be distinctive and to uniquely identify Opposer and its goods.

3.     Opposer is the owner of the following U.S. trademark registration:

| Reg. No. | Mark | Filing Date | Reg. Date |
|----------|------|-------------|-----------|
| 3917662 | AVANTE | May 21, 2009 | February 8, 2011 |

A copy of the current status and title of Opposer's above-referenced trademark registration is attached as Exhibit A.

4.     The KENDALL-JACKSON AVANT mark of Application Serial No. 85425094 is substantially and confusingly similar to Opposer's registered AVANTE mark.

5.     The goods recited in Application Serial No. 85425094 are identical to the goods with which Opposer has used and is using its AVANTE mark. and, on information and belief. Applicant's goods may or will be offered to the same general class of customers to whom Opposer offers its goods under its AVANTE mark.

6.     The applied-for KENDALL-JACKSON AVANT mark sought to be registered by Applicant so closely resembles Opposer's AVANTE mark as to be likely to cause confusion, mistake, or deception of the relevant trade and public, all to Opposer's damage.

7.     Opposer's customers and potential customers are likely to believe that Applicant's goods offered under the mark KENDALL-JACKSON AVANT emanate

2

from, or are licensed or approved by. Opposer, when that is not the case. Such confusion would be a source of damage to Opposer.

8.    If Applicant is granted the registration herein opposed. it would thereby obtain a *prima facie* right to exclusive use of the KENDALL-JACKSON AVANT mark, which would be a further source of damage to Opposer.

WHEREFORE, Opposer believes that it will be damaged by registration of said mark. and prays that this Opposition be sustained, that Application Serial No. 85425094 be rejected, and that the mark applied for therein be refused registration.

Respectfully submitted,

FINE ESTATES FROM SPAIN, INC.

By its attorneys,

*[signature]*

Dated: March 23, 2012

Aaron Silverstein, Esq.
Saunders & Silverstein LLP
14 Cedar Street. Suite 224
Amesbury, MA 01913-1831
P: 978-463-9130
F: 978-463-9109
E: asilverstein@massiplaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2012, this Notice of Opposition was served on Applicant by delivering a true and correct copy thereof to the Correspondent of Record listed in Application Ser. No. 79088493 by depositing same with the United States Postal Service, postage pre-paid, via first class mail, addressed to:

> JUDITH M. SCVIMMER
> JACKSON FAMILY WINES
> 421 AVIATION BLVD
> SANTA ROSA, CA 95403-1069

Aaron Silverstein

## CERTIFICATE OF TRANSMISSION

I hereby certify that this correspondence is being submitted electronically via ESTTA on date shown below to the United States Patent and Trademark Office.

Aaron Silverstein

Date: March 23, 2012

4

# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# AVANTE

**Reg. No. 3,917,662**

**Registered Feb. 8, 2011**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

FINE ESTATES FROM SPAIN (MASSACHUSETTS CORPORATION)
745 HIGH STREET
DEDHAM, MA 02026

FOR: WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 7-26-2010; IN COMMERCE 7-26-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF "AVANTE" IS "BEFORE", "FORWARD", AND "AHEAD".

SN 77-742,224, FILED 5-21-2009.

STEVEN R. FINE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-03-23 15:42:16 ET

**Serial Number:** 77742224 Assignment Information            Trademark Document Retrieval

**Registration Number:** 3917662

**Mark**

# AVANTE

**(words only):** AVANTE

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2011-02-08

**Filing Date:** 2009-05-21

**Transformed into a National Application:** No

**Registration Date:** 2011-02-08

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2010-12-31

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Fine Estates From Spain

**Address:**
Fine Estates From Spain
745 High Street
Dedham, MA 02026
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Massachusetts

## GOODS AND/OR SERVICES

**International Class:** 033
**Class Status:** Active
WINE
**Basis:** 1(a)
**First Use Date:** 2010-07-26
**First Use in Commerce Date:** 2010-07-26

## ADDITIONAL INFORMATION

**Translation:** The English translation of "AVANTE" is "before", "forward", and "ahead".

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-02-08 - Registered - Principal Register

2011-01-01 - Notice Of Acceptance Of Statement Of Use E-Mailed

2010-12-31 - Law Office Registration Review Completed

2010-12-31 - Assigned To LIE

2010-12-08 - Allowed for Registration - Principal Register (SOU accepted)

2010-11-29 - Attorney Revoked And/Or Appointed

2010-11-29 - TEAS Revoke/Appoint Attorney Received

2010-09-20 - Statement Of Use Processing Complete

2010-08-23 - Use Amendment Filed

2010-09-20 - Case Assigned To Intent To Use Paralegal

2010-08-23 - TEAS Statement of Use Received

2010-06-30 - Notice Of Approval Of Extension Request E-Mailed

2010-06-28 - Extension 1 granted

2010-06-28 - Extension 1 filed

2010-06-28 - TEAS Extension Received

2009-12-29 - NOA Mailed - SOU Required From Applicant

2009-10-06 - Official Gazette Publication Confirmation E-Mailed

2009-10-06 - Published for opposition

2009-09-02 - Law Office Publication Review Completed

2009-09-02 - Assigned To LIE

2009-08-28 - Approved For Pub - Principal Register

2009-08-28 - Examiner's Amendment Entered

2009-08-28 - Notification Of Examiners Amendment E-Mailed

2009-08-28 - Examiners amendment e-mailed

2009-08-28 - Examiners Amendment -Written

2009-08-20 - Assigned To Examiner

2009-05-26 - New Application Office Supplied Data Entered In Tram

2009-05-25 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Aaron Y. Silverstein

**Correspondent**
Aaron Y. Silverstein
Saunders & Silverstein LLP
14 Cedar St. Ste 224
Amesbury MA 01913
Phone Number: 978-463-9100

  

**Assignments on the Web > Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 77742224

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# Exhibit B





# SAUNDERS+SILVERSTEIN LLP

AARON SILVERSTEIN
p.978.463.9130
f. 978.463.9109
asilverstein@massiplaw.com

14 Cedar Street, Suite 224
Amesbury, MA
01913

April 6, 2012

Intellectual
Property
Attorneys

Via FedEx
(793428016878)

Judith M. Schvimmer
Jackson Family Wines, Inc.
421 Aviation Blvd
Santa Rosa, CA 95403

      Re:   *Fine Estates From Spain, Inc. v. Jackson Family Wines, Inc.*
            U.S. Trademark Opposition No. 91204431
            Our Ref. 400.708/AYS

Dear Ms. Schvimmer,

We represent Fine Estates from Spain, Inc. ("Fine Estates"), owner of U.S.
Trademark Registration No. 3,917,662 for the mark AVANTE. The AVANTE
trademark is a valuable and important asset of our client's business, and its
AVANTE branded wine has been a marketplace success.

As you know, Fine Estates has opposed the application for KENDALL-JACKSON
AVANT (Ser. No. 85/425,094), which is owned by Jackson Family Wines, Inc.
("Kendall-Jackson"). In addition to seeking to register this mark, we also
understand that Kendall-Jackson has begun using AVANT as a mark for wine in
a manner that is clearly separate and distinct from the KENDALL-JACKSON
housemark. *See* Ex. A.

Given the identity of the goods and the near identity of the marks, Fine Estates is
confident that the AVANTE and AVANT marks are confusingly similar. The
additional of the KENDALL-JACKSON housemark on the label does not lessen
the likelihood of confusion. If anything, it heightens the risk that consumers who
encounter our client's AVANTE mark will mistakenly believe it is a Kendall-
Jackson product. *See A. T. Cross Co. v. Jonathan Bradley Pens, Inc.*, 470 F.2d
689, 692 (2d Cir. 1972) ("Addition of the [housemark] "by Bradley" does not save
the day; purchaser could well think plaintiff had licensed defendant as a second
user and the addition is thus an aggravation, and not a justification.").

Judith M. Schvimmer
April 6, 2012
Page 2

As such, on behalf of our client, we demand that Kendall-Jackson:

(1)     Voluntarily abandon U.S. Trademark Application Ser. No. 85/425,094;

(2)     Agree never to use or register any mark incorporating the word AVANTE or any
        word confusingly similar thereto, including but not limited to AVANT, whether
        alone or in combination with other matter, in connection with alcoholic beverages;

(3)     Provide Fine Estates with a full accounting of goods sold by Kendall-Jackson
        under the AVANT mark; and

(3)     Provide Fine Estates with documents to show quantities of all current inventory of
        goods bearing the AVANT mark or any simulation of the AVANT mark.

Should we receive Kendall-Jackson's written assurances by April 20, 2012, that it will
comply and provide the requested information, Fine Estates will then be in a better
position to discuss how this matter can be fully resolved. Should Kendall-Jackson not
comply with the terms of this demand, Fine Estates will exercise all available means to
enforce and defend its valuable AVANTE trademark.

This letter is not intended to be a full statement of the facts of this matter, nor is it a
waiver of any of Fine Estate's rights or remedies, whether at law or equity, all of which
are hereby expressly reserved.

Very truly yours,

Aaron Silverstein

Enclosure
cc: Fine Estates From Spain, Inc.

# EXHIBIT A





## A FRESH NEW TAKE ON CHARDONNAY

Vivid, crisp and bright, the 2009 Kendall-Jackson Avant Chardonnay continues our nearly three decades of pioneering distinguished varietal wines from California's cool coastal appellations. With flavors that mirror California's fog-laden coastline, this wine achieves a balance of vibrancy and complexity through gentle whole-cluster pressing and fermentation in a combination of older oak barrels and stainless steel. The subtle use of neutral oak adds a graceful structure while cool stainless steel fermentation preserves the fresh, intense fruit flavors inherent to Chardonnay grown along the coastline.

### KEY POINTS
- 100% Jackson Estates Grown
- 100% Chardonnay
  Monterey County contributes lemony citrus and mineral notes. Santa Barbara County delivers fresh pineapple flavors. Mendocino County adds juicy green apple flavors.
- Distinctive flavor profile: fresh, crisp fruit-driven Chardonnay with subtle oak shadings
  Handcrafted in small vineyard lots throughout the entire winemaking process.
- Whole cluster pressed to preserve fresh fruit character.
- 50% fermented in stainless steel; 50% fermented in older oak barrels.
- Partial secondary fermentation gives a rounder mid-palate.
- Avant takes its name from the French word for "before" and reflects the vibrant expression of the fruit before oak has the chance to impart much flavor.

### TASTING NOTES
This refreshing Chardonnay bursts with intriguing layers of fresh pineapple, bright green apple, crisp Meyer lemon, juicy pear and wildflowers. The wine's refreshing acidity and sleek mineral notes are balanced by a rounded mid-palate and slight oakiness with a long, pure fruit finish.

### STATISTICAL INFORMATION
Appellation: California
Alcohol: 13.5%
T.A.: 0.64
pH: 3.46

### GROWING REGIONS
64% Monterey County
35% Santa Barbara County
1% Mendocino County