1  TIM C. HALE, ESQ.
   (Cal. State Bar No. 114905)
2  HALE & ASSOCIATES
3  2625 24th St. #3
   San Francisco, CA  94110
4  Tel.: 650-444-2239
   Fax: 415-824-1306
5  haleandassoc@gmail.com

6  Attorneys for Defendant and
7  Counterclaimant FINE ESTATES
   FROM SPAIN, INC.
8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| Jackson Family Wines, Inc., <br><br>             Plaintiff, <br><br>   v. <br><br> Fine Estates From Spain, Inc., <br><br>             Defendant. | Civil Action No. C12-01958-LHK |
| Fine Estates From Spain, Inc., <br><br>             Counterclaimant, <br><br>   v. <br><br> Jackson Family Wines, Inc., <br><br>             Counterdefendant. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE <br> [Local Rule 11-3] |

The Court, having reviewed the application for admission pro hac vice submitted by John P. Connell, Esq. in connection with this case, and having found GOOD CAUSE therefore, hereby orders as follows:

|   |   |
|---|---|
| 1 | The application for admission pro hac vice by Mr. Connell is GRANTED. All papers filed by said attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No.45, Electronic Case Filing. |

Dated: July 2, 2012

_Lucy H. Koh_
United States District Judge