1  TIM C. HALE, ESQ.
   (Cal. State Bar No. 114905)
2  HALE & ASSOCIATES
3  2625 24th St. #3
   San Francisco, CA 94110
4  Tel.: 650-444-2239
   Fax: 415-824-1306
5  haleandassoc@gmail.com

6  
   Attorneys for Defendant and
7  Counterclaimant FINE ESTATES
   FROM SPAIN, INC.
8

RECEIVED

MAY 30 2012

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jackson Family Wines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fine Estates From Spain, Inc., <br><br> Defendant. <br><br>───────────────── <br><br> Fine Estates From Spain, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Jackson Family Wines, Inc., <br><br> Counterdefendant. | Civil Action No. C12-01958-LHK <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE <br> [Local Rule 11-3] |

The Court, having reviewed the application for admission pro hac vice submitted by Aaron Silverstein, Esq. in connection with this case, and having found GOOD CAUSE therefore, hereby orders as follows:

The application for admission pro hac vice by Mr. Silverstein is GRANTED. All papers filed by said attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No.45, Electronic Case Filing.

Dated: July 2, 2012

*Lucy H. Koh*
United States District Judge