FILED

AUG 20 2012

Richard W. Wieking
Clerk, U.S. District Court
District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jackson Family Wines, Inc.

Plaintiff,

v.

Fine Estates From Spain, Inc.

Defendant.

CASE NO. 5:12-cv-01958-LHK

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Peter J. Willsey, whose business address and telephone number is Cooley LLP, 777 6th Street, N.W., Suite 1100, Washington, DC 20001, 202-842-7800

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Jackson Family Wines, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 21, 2012

_____
The Honorable Lucy H. Koh
United States District Judge